BERSCHLER ASSOCIATES, PC
Arnold I. Berschler [SBN 56557]
22 Battery Street, suite 888
San Francisco, CA 94111
Tel.: 415 398 1414
Email: info@berschler.com

Attorneys for
AHMED OBAD ABDULLAH,
ZAYED AHMED ALI

**GRANTED**
Judge Yvonne Gonzalez Rogers
12/8/16

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, Jr.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUE R. BELLS,  AHMED OBAD ABDULLAH, ZAYED AHMED ALI<br><br>　　　　　Defendants | Case No.: 4:16-cv-06115-YGR<br><br>**JOINT REQUEST AND STIPULATION TO ORDER EXTENDING TIME FOR DEFENDANTS ABDULLAH AND ALI TO FILE RESPONSIVE PLEADING TO COMPLAINT (L.R. 6.1(A))** |

　　　　WHEREAS the complaint was filed on October 24, 2016, and

　　　　WHEREAS service of process was effected upon defendants Ahmed Obad Abdullah and Zayed Ahmed Ali on November 14, 2016, and

　　　　WHEREAS, the said defendants are now required to file responsive pleadings by or before December 15, 2016, and there is no trial date set, and

WHEREAS, the plaintiff and the above said defendants jointly believe that it would be in the interests of justice and that there is Good Cause to extend the date for said defendants to file their joint responsive pleading to the complaint, and

WHEREAS, this stipulation to extend time not will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, the plaintiff, Rafael Arroyo, Jr., and the defendants, Ahmed Obad Abdullah and Zayed Ahmed Ali, now jointly stipulate to extend the time for Defendants to respond to the initial complaint from December 15, 2016*  to January 4, 2017.

DATED: December 6, 2016                         BERSCHLER ASSOCIATES, PC

                                                /s/ *ARNOLD I. BERSCHLER*

                                                _____
                                                ARNOLD I. BERSCHLER attorneys for:
                                                AHMED OBAD ABDULLAH,
                                                ZAYED AHMED ALI

DATED: December 6, 2016                         Center for Disability Access

                                                   /S/ *TERESA ALLEN*

                                                By: _____
                                                Teresa Allen,
                                                Attorneys for Plaintiff
                                                RAFAEL ARROYO, Jr.

SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: December 6, 2016
                                                /s/ *ARNOLD I. BERSCHLER*

                                                _____
                                                ARNOLD I. BERSCHLER

JOINT REQUEST AND STIPULATION TO ORDER EXTENDING TIME FOR DEFENDANTS ABDULLAH AND ALI TO FILE RESPONSIVE PLEADING TO COMPLAINT

2                                    NO. 16-0615-YGR