CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ARNOLD I. BERSCHLER (SBN: 56557)
info@berschler.com
BERSCHLER ASSOCIATES, PC
22 Battery Street, Suite 888
San Francisco, CA 94111
Telephone: (415) 398-1414
Attorney for Defendants
Ahmed Obad Abdullah and Zayed Ahmed Ali

GRANTED
Judge Yvonne Gonzalez Rogers
11/27/2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> LUE R. BELLS; AHMED OBAD ABDULLAH; ZAYED AHMED ALI; and Does 1-10, <br><br> Defendants. | Case: 4:16-CV-06115-YGR <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 21, 2017     CENTER FOR DISABILITY ACCESS


By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff


Dated: November 21, 2017     BERSCHLER ASSOCIATES, PC


By: /s/ Arnold I. Berschler
    Arnold I. Berschler
    Attorney for Defendants
    Ahmed Obad Abdullah and Zayed
    Ahmed Ali

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Arnold I. Berschler, counsel for Ahmed Obad Abdullah and Zayed Ahmed Ali, and that I have obtained Mr. Berschler's authorization to affix his electronic signature to this document.

Dated: November 21, 2017          CENTER FOR DISABILITY ACCESS

                                  By: ___/s/ Phyl Grace_____
                                      Phyl Grace
                                      Attorneys for Plaintiff